**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000752
08-OCT-2025
10:51 AM
Dkt. 70 OAWST**

NO. CAAP-23-0000752

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


RAE LYNN DECOITO, Plaintiff-Appellant; EDWIN RAYMOND
MAHONEY and PAMELA WARD MAHONEY, Plaintiffs-Appellees,
v.
GUY MATTHEW FULLMER; MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; ACADEMY MORTGAGE CORPORATION;
KEITH C. LEVERENZ; PATRICIA J. LEVERENZ;
BANK OF AMERICA, N.A., Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-20-0000305)


**ORDER**
(By: Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the *Stipulation for Dismissal
With Prejudice of Appeal*, filed on October 3, 2025, and the
record, it appears that (1) the appeal has been docketed;
(2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b),
the parties stipulate to dismiss the appeal and bear their own
attorneys' fees and costs; and (3) the stipulation is dated and
signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, October 8, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge